# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Respondent, | ) |
| vs. | ) CRIMINAL NO. 06-00259-CG |
| | ) CIVIL ACTION NO. 10-0080-CG-N |
| BRUCE MICHAEL ORR, | ) |
| Defendant-Petitioner. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that petitioner's Motion to Correct, Set Aside or Vacate Sentence (Doc. 152) is **DENIED**. Petitioner is not entitled to a Certificate of Appealability or an order granting leave to appeal in forma pauperis.

**DONE and ORDERED** this 9th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE