IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-00259-CG |
| | ) | CIVIL ACTION NO. 10-0080-CG-N |
| BRUCE MICHAEL ORR, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

## JUDGMENT

Pursuant to the order this day entered, it is hereby **ORDERED, ADJUDGED** and **DECREED** that petitioner's Motion to Correct, Set Aside or Vacate Sentence is **DENIED** and **DISMISSED** with prejudice. Petitioner is not entitled to a Certificate of Appealability or an order granting leave to appeal in forma pauperis.

**DONE and ORDERED** this 9th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE